IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATCO CONSTRUCTION COMPANY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE'S UNITED BANK d/b/a OCEAN BANK,<br><br>　　　　　Defendant. | Civil Action No. 09-503 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant People's United Bank d/b/a Ocean Bank, by its undersigned counsel, states as follows:

**Parent Corporation:**  People's United Financial, Inc.

**Publicly-Held Companies
Owning More than 10% of Defendant:**  People's United Financial, Inc.

Dated: October 9, 2009

Respectfully submitted,

PEOPLE'S UNITED BANK d/b/a OCEAN BANK

By its attorney,

/s/ Francis G. Kelleher
Francis G. Kelleher (Maine Bar No. 008516)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Phone: (617) 570-1000
Fax: (617) 523-1231
fkelleher@goodwinprocter.com

*Of Counsel*
Brenda R. Sharton
Karen G. Hong
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Phone: (617) 570-1000
Fax: (617) 523-1231
bsharton@goodwinprocter.com
khong@goodwinprocter.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 9, 2009.

                                        /s/ Francis G. Kelleher
                                        Francis G. Kelleher (Maine Bar No. 008516)