UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATCO CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEOPLE'S UNITED BANK d/b/a OCEAN BANK, <br><br> Defendant. | Civil Action No. 2:09-CV-00503-DBH |

### DEFENDANT PEOPLE'S UNITED BANK'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant People's United Bank d/b/a Ocean Bank ("Ocean Bank") hereby moves to dismiss in the entirety Plaintiff Patco Construction Company, Inc.'s ("Patco" or "Plaintiff") Complaint and Demand for Jury Trial ("Complaint").

Plaintiff in this case attempts to shift responsibility for its losses from the third-party cybercriminals – who illegally accessed Plaintiff's bank accounts – to Ocean Bank, with which it had a depository account. Plaintiff does this by disregarding express agreements it entered into with Ocean Bank that by purpose and effect preclude Plaintiff's claims. For these reasons, and for the reasons set forth more fully in the accompanying Memorandum in Support of Defendant People's United Bank's Motion to Dismiss, the Complaint should be dismissed in its entirety.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7(f), Ocean Bank states that oral argument may assist the Court in resolving this Motion and thus requests oral argument.

Respectfully submitted,

PEOPLE'S UNITED BANK

By its attorneys,

/s/     John F. Lambert, Jr.
John F. Lambert, Jr.
Lambert Coffin Haenn
P.O. Box 15215
477 Congress Street
Portland, Me 04112
(207) 874-4000
jlambert@lambertcoffin.com


/s/     Brenda R. Sharton
Brenda R. Sharton (*pro hac vice*)
Karen G. Hong (*pro hac vice*)
Francis G. Kelleher (Maine Bar No. 008516)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
(617) 570-1000
bsharton@goodwinprocter.com
khong@goodwinprocter.com
fkelleher@goodwinprocter.com

Dated: November 3, 2009


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 3, 2009.


/s/     Brenda R. Sharton