# EXHIBIT A

## Ocean Bank eBanking and Bill Payment Agreement

This Agreement for Ocean Bank eBanking and Bill Payment is entered into between Ocean Bank ("Ocean Bank") and any Customer (defined below) who uses Ocean Bank eBanking (defined below). This Agreement governs the terms and conditions for your use of Ocean Bank eBanking, whether for consumer or commercial use.

Your consumer checking and savings accounts are governed by Ocean Bank's Truth-In-Savings Account Disclosures, the Funds Availability Disclosure and the Electronic Funds Transfer Act Disclosure (collectively, the "Consumer Disclosures"). Please refer to Consumer Disclosures for information regarding your consumer accounts.

Your business checking and savings accounts are governed by the Funds Availability Disclosure, the ACH Agreement, and the Remote User Authorization (collectively, the "Commercial Disclosures"). Please refer to the Commercial Disclosures for information regarding your business accounts.

I. **Definitions**
   - "Customer" is defined as the individual or entity utilizing the services of Ocean Bank eBanking.
   - "eBanking" is defined as the Internet banking system operated by Ocean Bank.
   - "eBanking For Business" is defined as the eBanking module for commercial use.
   - "Account" is defined as the banking account(s) the Customer desires to access with Ocean Bank eBanking.
   - "Bill Pay Account" is defined as the checking account the Customer designates as their primary account for bill payment and for service charges.
   - Business Day means every day except Saturdays, Sundays and federal holidays.
   - "We", "us", and "our" mean Ocean Bank.
   - "You" and "your" means each Customer of Ocean Bank eBanking.

II. **Agreements**

   Before you use Ocean Bank eBanking, please read this Agreement and the Consumer Disclosures in their entirety. This Agreement and the Consumer Disclosures are contingent on the other. This Agreement contains the terms and conditions of Ocean Bank eBanking.

   Before you use Ocean Bank eBanking For Business, please read this Agreement and the Commercial Disclosures in their entirety. This Agreement and the Commercial Disclosures are contingent upon each other. This Agreement contains the terms and conditions of Ocean Bank eBanking For Business.

   If you use Ocean Bank eBanking, or permit another to use Ocean Bank eBanking, each party agrees to the terms and conditions stated in the Agreement. Further, you authorize Ocean Bank or appropriate third parties to debit, transfer and process instructions initiated at your computer.

III. **Computer Requirements**

   In order to use Ocean Bank eBanking, you will need a personal computer equipped with an Internet Web browser (e.g., Internet Explorer, Netscape Navigator or AOL) capable of supporting 128-bit encryption, typically Versions 5.0 or greater.

IV. **Terms and Conditions**
   A. You agree to indemnify, hold harmless and defend Ocean Bank from and against any and all claims, actions, suits, judgments and expenses (including court costs and reasonable attorney, accountant and expert witness fees) at your expense, arising from your failure to abide by these restrictions on the use of Ocean Bank eBanking. You also agree that the following uses of Ocean Bank eBanking are strictly prohibited:
      1. Unauthorized communication of any charge or credit card information belonging

     2. Unauthorized communication of any information concerning any password or other online access number, code or identification or any other proprietary information belonging to any other person or entity;
     3. Use of Ocean Bank eBanking in violation of any telecommunication, postal, or other federal, state or local laws or regulations or in furtherance or commission of any crime or other unlawful or improper purpose.
  B. Except as provided in this Agreement, Ocean Bank and its suppliers or third-party providers make no warranties or representation of any kind with respect to Ocean Bank eBanking, whether expressed or implied, including but not limited to merchantability or fitness for particular purpose. Neither Ocean Bank nor its suppliers or third-party providers nor anyone else who has been involved in the creation, production or delivery of Ocean Bank eBanking assumes any responsibilities with respect to your use thereof. No oral or written information or advice given by Ocean Bank or its suppliers or any of their employees shall create a warranty or in any way increase the scope of the warranty. You may not rely on any such information or advice. The foregoing constitutes Ocean Bank's sole and exclusive liability to you with respect to your use of Ocean Bank eBanking.
  C. You further agree:
     1. Electronic transmission of confidential business and sensitive personal information is at your risk;
     2. Use of third-party products or services like financial management software or account aggregation is at your risk;
     3. Ocean Bank reserves the right to monitor and review electronic transmissions online and in storage, and to remove or reject any material which Ocean Bank, at its sole discretion, believes may be unlawful or objectionable, without prior notice.
  D. You agree that the use of Ocean Bank eBanking by any one owner of a joint account or by an authorized signer on an account shall be deemed authorized unless you provide Ocean Bank with written notice that use of Ocean Bank eBanking is terminated or that the joint account owner or authorized signer has been validly removed from the account. You agree that any account that requires two or more signatures to make transfers or withdrawals is not eligible for those services in Ocean Bank eBanking.

V. **Included Accounts**
  . To access Ocean Bank eBanking, consumers must have at least one personal account with Ocean Bank. To access Ocean Bank eBanking for Business, commercial customers must have at least one commercial account with Ocean Bank. The bill pay account you designate at the time you enroll with Ocean Bank eBanking will be the checking account from which all bills will be paid and from which all fees, if any, will be debited.
  A. You will also have access to updated balance and transaction information for all Ocean Bank checking, statement savings, statement Money Market, Certificates of Deposits (CDs) and loans accounts in your name and summary information for your other Ocean Bank accounts like mortgages and business credit cards.

VI. **Banking Functions**
  . You may transfer funds via eBanking among your checking, statement savings, statement Money Market and certain loan accounts. The transfer of funds occurs immediately. Transfers initiated after the published cutoff time will be completed the next business day. Recurring transfers scheduled on non-business days will be completed the next business day.
  A. You must maintain sufficient funds in your account in order to properly transfer funds. If there are insufficient funds in your account to make a transfer, we will make three attempts to process the transfer. If sufficient funds or overdraft credit limits are not available, we will notify you that the transfer was not successful. Funds transferred as payments to mortgage loan accounts will be attempted one time. If sufficient funds are not available for the mortgage payment, consumers will be subject to overdraft fees as stated in the Consumer Disclosures and commercial customers will be subject to overdraft fees as stated in the Commercial Disclosures.
  B. Your ability to transfer funds between certain accounts is limited by applicable Federal and/or State law as stated in the Consumer Disclosures and Commercial Disclosures. For example, withdrawals on statement savings or money market accounts are limited to no

      more than six (6) pre-authorized, automatic, electronic or telephone transfers per statement cycle. You cannot perform account transfers to or from a passbook savings account or passbook money market account.
- C. Ocean Bank eBanking will display current and available balances and transaction activity on deposit accounts like checking, statement savings, statement Money Market accounts and CDs. eBanking will display outstanding balances, transactions activity and summary information on installment loans, home equity loans, home equity credit lines, commercial loans and commercial lines of credit. eBanking will display principal or outstanding balance and summary information on mortgage loans and business credit card accounts.
- D. Your transaction activity will be available for up to two months (60 days). Transaction activity can be 1) displayed on the screen, 2) printed from the screen and/or 3) down-loaded from Ocean Bank eBanking and imported into compatible personal financial software or spreadsheet programs.
- E. Interest postings to checking, savings and Money Market accounts will show as transaction activity on your statement.

VII. **Bill Payment Functions**

    . You may use the Ocean Bank eBanking bill payment service to make payments from your bill pay account. The following terms and conditions apply to your use of bill payment services via personal computer or any other device as may be offered by Ocean Bank. Ocean Bank reserves the right to modify these terms and conditions at any time, effective upon publication. Your use of bill payment services constitutes agreement to these terms and conditions and any modifications thereof.
- A. To pay bills, you authorize Ocean Bank to remit a payment from your bill pay account on your behalf to a particular payee. Those payment requests are called bill payments. You must provide complete and accurate information including the payee name, address, account information and payment account. You should allow five business days for a check payment to reach your payee and three business days for an electronic payment.
- B. Bill payments are processed twice each business day. Same-day processing of a payment requires that you submit the request by 1:00 p.m., Eastern Standard Time. Payments submitted afer the cutoff will be processed overnight and dated the next business day.
- C. You must maintain sufficient funds in your bill pay account in order to properly effect bill payments. Check payments are prepared from your bill pay account and will be presented for payment to your bill pay account when received by Ocean Bank. If there are insufficient funds or overdraft credit limits at the time the payment is presented to your account, the item may be returned to the payee and a fee may be assessed to your account. If there are insufficient funds in your bill pay account to make an electronic payment, we will continue to attempt to process the payment until sufficient funds or overdraft credit limits are available.
- D. Ocean Bank will remit payments either by transferring funds electronically to the payee or by mailing the payee a check. Payments can only be made to payees within the United States. All payments will be made in U.S. funds.
- E. Bill payment requests are either individual, non-recurring transactions or automatic, recurring bill payments conducted on your behalf and at your direction.
- F. You must notify Ocean Bank within 60 calendar days after you receive your first bank statement on which you believe a problem or error occurred.
- G. You can modify or delete bill payments, but modifications or deletions must be made before the payment is processed. Bill payments are processed twice each business day. In order to effect a "same-day" modification, the revised payment must be submitted by 1:00 p.m., Eastern Standard Time, on the day the payment is scheduled for processing. Ocean Bank will use our best efforts to make all changes to "same-day" modifications. No modifications or deletions can be made after the payment has been processed.
- H. You may request stop payment of a check payment and the stop payment will be accepted unless your account is overdrawn or the check has cleared our system. Stop payment requests are processed during normal business hours. Requests received after hours will be processed the next business day. You cannot request stop payment of an electronic payment.
- I. Bill payments can be authorized from Ocean Bank checking accounts only. Bill payments will not be processed from other types of deposit or loan accounts.

VIII. **Security Passcodes**

- During your first use of Ocean Bank eBanking, you will be required to use the User ID that we provide. Your initial password will be the last four digits of your Social Security Number or Taxpayer I.D. number. If you do not have one of these numbers on file, we will issue an initial password for you.
- A. During your first use of Ocean Bank eBanking For Business, you will be required to use the Company I.D. that we provide. Your initial company password will be the last four digits of your Taxpayer I.D. number or your Social Security Number. Each user who is authorized to access your accounts through Ocean Bank eBanking For Business will be issued a separate user ID and user password to be used in conjunction with the company I.D. and password. These authorized user passcodes are subject to the same security safeguards as the company passcodes.
- B. To help safeguard your financial information, you will be required to change your initial password after your first login. You may also change your User ID or Company ID whenever you wish.

IX. **Charges for eBanking**

- The service fees for Ocean Bank eBanking are published in the Personal Services Fee Schedule and may be changed at any time in accordance with the Consumer Disclosures.
- A. The service fees for Ocean Bank eBanking For Business are published in the Commercial Services Fee Schedule and may be changed at any time in accordance with the Commercial Disclosures.
- B. The service fees for eBanking may be waived or discounted at the discretion of Ocean Bank. Service charges, if any, will be automatically posted to your bill pay account at the end of the month.

X. **Reporting Unauthorized Transactions**

If you believe that an unauthorized transaction has been made from your Ocean Bank eBanking accounts, telephone us immediately at 1-888-269-6430 or write to us at: Ocean Bank, Attn: eBanking, 100 Main St., Kennebunk, ME 04043.

XI. **Periodic Statements**

We will mail you periodic statements for your accounts as provided in the Consumer Disclosures and the Commercial Disclosures. In addition to reflecting your other account activity, your statements will include any transfers or bill payments you authorize using Ocean Bank eBanking. It is your responsibility to notify us immediately if you detect an error on your periodic statement.

XII. **Notices**

- Ocean Bank will send notices under this agreement by regular U.S. mail or by e-mail, as deemed appropriate by Ocean Bank.
- A. At your option and upon your request, Ocean Bank eBanking will deliver automated alert messages ("alerts") that notify you of banking transactions and circumstances pertaining to your accounts. Alerts will be either delivered as electronic mail messages to the email address you provide or posted to your account in eBanking or both. If you change your email address, you are responsible for updating that address in eBanking. You acknowledge that your receipt of alerts may be delayed or prevented by factors outside the control of Ocean Bank and that Ocean Bank is not liable for the non-delivery, delayed delivery or misdirected delivery of alerts; any inaccurate or incomplete content provided in an alert; your reliance on an alert; or your failure to review the content of an alert. A banking alert does not constitute a bank record for the deposit or credit account to which it pertains. Your use of alerts constitutes agreement to these terms and conditions and any modifications thereof.

XIII. **Customer's Responsibility**

  .   You are responsible for all transfers and bill payments you authorize using Ocean Bank eBanking. If you permit other persons to use your password to perform transactions, you are responsible for any transactions they authorize from your accounts.
  A. You should notify us immediately if you believe any of your accounts have been accessed or your password has been used without your permission. Contacting Ocean Bank right away will help you reduce possible losses.
  B. If you allow ACH debit transactions on your consumer accounts, you have certain rights and privileges that are set forth in the Consumer Disclosures. If you choose to receive ACH debit transactions on your commercial accounts, you assume all liability and responsibility to monitor those commercial accounts on a daily basis. In the event that you object to any ACH debit, you agree to notify us of your objection on the same day the debit occurs.
  C. There may be other exceptions to your liability as stated in the Consumer Disclosures, the Commercial Disclosures or provided by law.

XIV. **Bank's Responsibility**
  . We are responsible for processing your instructions and requests. We will be liable for direct damages incurred as a result of our gross negligence and willful misconduct, provided, however, such liability will be limited to no more than six (6) months of service fees paid by you. We will not be liable for any consequential damages.
  A. We will not be liable for any damages:
    1. if you do not have adequate money in an account to complete a transaction from that account, or if that account has been closed;
    2. if you have not properly followed the instructions on how to make a transfer or bill payment;
    3. if you have not given us complete, correct and current instructions so that we can make a transfer or bill payment;
    4. if you do not authorize a bill payment soon enough for your payment to be made and properly credited by the payee by the time it is due;
    5. if we make a timely bill payment but the payee nevertheless does not credit your payment promptly after receipt;
    6. if withdrawals from any of your linked accounts have been prohibited by a court order such as garnishment or other legal process;
    7. if your computer or software is not working properly;
    8. if your Internet Service Provider or other telecommunications provider is not available to transmit your requests and instructions to the bank;
    9. if the U.S. Postal Service causes a delay; or
    10. if circumstances beyond our control prevent making a transfer or payment, despite reasonable precautions that we have taken. Such circumstances include, but are not limited to, telecommunication outages, postage strikes, delays caused by payees, fires and floods.

This list is not all-inclusive. You should refer to the Consumer Disclosures and/or the Commercial Disclosures for other exceptions to our liability.

XV. **Disclosure of Account Information To Others**
  . Ocean Bank safeguards the confidentiality of Customer information. No financial information on any Customer is released outside the bank unless specifically authorized.
  A. We are permitted to disclose Customer information only in the following situations:
    1. to the Customer if that person is known to us or is able to produce satisfactory identification;
    2. to third parties as only authorized by the Customer and limited in scope and purpose only as authorized by the Customer (like bill payment vendors or credit bureaus); or
    3. to government agencies in compliance with the Federal Right to Financial Privacy Act and applicable state laws.
  B. Disclosure of Customer information is permitted for internal bank use in the preparation, examination, handling or maintenance of financial records. Information may be disclosed to third parties if the Customer is involved in a financial transaction (to facilitate a loan closing at another institution) or by an order of the Court (a subpoena of records).
  C. Disclosure of Customer information is permitted among institutions affiliated with Ocean

        Bank.
- D. Ocean Bank is committed to protecting Customer privacy. We do not sell or rent our customer mailing lists to direct marketing or telemarketing companies.

## XVI. No Signature Required

Use of your Ocean Bank eBanking password is your signature authorization.

## XVII. Changes To This Agreement

- . We may change this Agreement at any time.
- A. Changes to this Agreement will be effective immediately after we make them, except those changes which we are required by applicable law to tell you about in advance. Those changes will be effective after we have given you prior written notice as required by applicable law.
- B. You may obtain a copy of any current Agreement(s) by calling us at 1-888-269-6430 or write to us at: Ocean Bank, Attn: eBanking, 100 Main St., Kennebunk, ME 04043. The current Agreement is also available online at www.eOcean.com.

## XVIII. Assignment

We can assign our rights and delegate our duties under this agreement to a company affiliated with us or to any other party. You may not assign your right or duties to anyone else.

## XIX. Termination

- . We reserve the right to terminate this Agreement or your use of any services under it for any reason without notifying you. We may move your user access to a dormant status if you do not log on to the service during any consecutive one hundred eighty (180) day period, and we may terminate your user access after your dormant status has extended for an additional one hundred eighty-five (185) day period. You must contact us to re-activate your access from a dormant status or to re-enroll after termination.
- A. If we terminate your use of Ocean Bank eBanking, we reserve the right to make no further transfers or payments from your account, including any transactions you have previously authorized.
- B. You also have the right to terminate this Agreement or your use of any of services under it by calling us at 1-888-269-6430 at any time during our normal business hours, or writing to us at Ocean Bank, Attn: eBanking, 100 Main St., Kennebunk, ME 04043. If you terminate Ocean Bank eBanking, you authorize us to continue making transfers and bill payments you have previously authorized until such time as we have had a reasonable opportunity to act upon your termination notice. Once we have acted upon your termination notice, we will make no further transfers or payments from your accounts, including any transfers or payments you have previously authorized.