**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATCO CONSTRUCTION COMPANY, INC. )<br>)<br>PLAINTIFF )<br>v. )<br>)<br>PEOPLES UNITED BANK )<br>)<br>DEFENDANT ) | Civil Action 2:09-CV-00503 |

**STIPULATION OF DISMISSAL**

Now Come the Parties and hereby agree that this matter may be dismissed with prejudice and without costs or fees to either party.

Date: November 19th, 2012

_____
Counsel for Patco Construction, Company, Inc.

4

Date: November 19, 2012

_____
Counsel for Peoples United Bank